IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROGER BURKE,<br><br>          Plaintiff,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY D/B/A TRAVELERS INSURANCE COMPANY., a foreign insurance company,<br><br>          Defendant. | Case No. 2:23-cv-691<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(a)** |

TO:        The Clerk of the Court;

AND TO:   Plaintiff's Counsel of Record.

**NOTICE IS HEREBY GIVEN** that on this day, Defendant The Standard Fire Insurance Company (The Standard), hereby removes to this Court the state-court action described below:

#### I.    THE SUBJECT ACTION

1.    On April 12, 2023, Plaintiff Roger Burke filed an action in the Superior Court of the State of Washington in and for the County of Skagit, which was assigned Cause No. 23-2-00348-29. The Standard was served with the Summons and Complaint through the Washington State Office of the Insurance Commissioner ("OIC"). The Summons and Complaint were served

NOTICE OF REMOVAL – 1
CAUSE NO.: 2:23-cv-691

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

on the OIC on April 17, 2023 and received by The Standard on April 24, 2023. A true and correct copy of the Summons is attached as **Attachment A.** A true and correct copy of the Complaint is attached as **Attachment B.**

## II.     DIVERSITY OF CITIZENSHIP

2.      On information and belief, Plaintiff is a resident of Skagit County, State of Washington. **Attachment B.**

3.      The Standard is a foreign insurance company organized under the laws of the state of Connecticut with a principal place of business in the state of Connecticut.

## III.     AMOUNT IN CONTROVERSY

4.      Plaintiff alleges he was involved in a motor vehicle collision with an under-insured motorist on July 13th, 2020. **Attachment B** p. 3 at 2. The driver who caused the collision had $50,000.00 in available liability insurance. Plaintiff asserted a claim for benefits under the Underinsured Motorist (UIM) coverage in the automobile insurance policy issued by The Standard. Plaintiff claims that his injuries and damages from the subject accident are in excess of the liability insurance available to the at-fault driver and the $100,000.00 UIM limit in the policy issued by The Standard.

5.      Plaintiff has asserted causes of action for Breach of Contract, Breach of the Implied Covenant of Good Faith and Fair Dealing, purported violations of the Washington Insurance Fair Conduct Act (IFCA), breach of fiduciary duty, purported violations of the Washington Consumer Protection Act (CPA), negligence and proximate cause arising from the handling of a claim for motor vehicle collision under the provisions of Plaintiff's insurance policy with Defendant. **Attachment B** p. 7-8.

6.      Plaintiff alleges that The Standard has "unreasonably denied payment" of the

NOTICE OF REMOVAL – 2
CAUSE NO.: 2:23-cv-691

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1  UIM benefits amounting to $100,000.00. **Attachment B** p. 7 at 10-11.

2  7. Plaintiff is seeking $32,542.45 in special damages and $265,620.00 in general

3  damages. **Attachment B** p. 5 at 10. Plaintiff further seeks to have his damages trebled under the

4  CPA and IFCA, *Id.,* p. 11 at 13.

5  8. Based on the damages set forth above, the amount in controversy in this matter is

6  in excess of the $75,000 jurisdictional requirement.

### IV.  JURISDICTION

8  9. For purposes of determining jurisdiction under 28 U.S.C. § 1332, The Standard

9  is a foreign insurance company organized under the laws of the state of Connecticut with a

10 principal place of business in the state of Connecticut and Plaintiff is a citizen of the state of

11 Washington**.**

12 10. For purposes of diversity of citizenship, a foreign company is a citizen of the state

13 in which it is incorporated and where the company has its principal place of business. For

14 purposes of diversity of citizenship, The Standard is a citizen of Connecticut. By admission

15 through pleading, Plaintiff is a citizen of the state of Washington. **Attachment B** p. 1, at 20.

16 Plaintiff and Defendant are citizens of different states and diversity exists.

17 11. The amount in controversy exceeds $75,000, excluding interest and costs.

18 12. This Court, therefore, has jurisdiction over this controversy under 28 U.S.C. §

19 1332 and 28 U.S.C. § 1441.

### V.  TIMELINESS

21 13. Plaintiff filed the Complaint on April 12, 2023. The Standard was served through

22 the OIC on April 17, 2023 and received the actual Summons and Complaint on April 24, 2023.

23 **Attachments A** and **B.** This Notice of Removal, filed May 11, 2023 is timely under 28 U.S.C.

NOTICE OF REMOVAL – 3
CAUSE NO.: 2:23-cv-691

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

§ 1446.

## VI. COPIES OF PROCESS, PLEADINGS, ORDERS, AND MOTIONS IN STATE COURT PROCEEDINGS

14. In accordance with 28 U.S.C. § 1446, **Attachments A** through **Attachment D** are true and correct copies of all process, pleadings, and orders served upon The Standard in the action before the Superior Court of Skagit County in the State of Washington. These documents are:

    A. Summons;

    B. Complaint;

    C. Acceptance of Service

    D. Notice of Appearance.

15. Notice of this removal will be filed with the Clerk of the Skagit County Superior Court and will be given to all parties in accordance with 28. U.S.C. § 1446.

DATED this 11th day of May 2023.

LETHER LAW GROUP

*s/ Thomas Lether*
Thomas Lether, WSBA #18089
*s/ Eric Neal*
Eric J. Neal, WSBA #31863
*s/ Drew Shapiro*
Drew Shapiro, WSBA #54968
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
eneal@letherlaw.com
dshaprio@letherlaw.com
*Counsel for Defendant The Standard Fire Insurance Company*

NOTICE OF REMOVAL – 4
CAUSE NO.: 2:23-cv-691

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the United States of America that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the following party(ies):

Jonathan Yousling
GLP Attorneys, P.S., Inc.
1854 S. Burlington Blvd.
Burlington, WA 98233
P: (360) 424-1111/ F: (360) 588-4651
jyousling@glpattorneys.com
*Attorney for Plaintiff Roger Burke*

**By:**      [ ] **First Class Mail**          [X] **E-Service/Email**

DATED this 11th day of May 2023 at Seattle, Washington.

*s/Devon Sheehan*
Devon Sheehan | Paralegal

NOTICE OF REMOVAL – 5
CAUSE NO.: 2:23-cv-691

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544