UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROGER BURKE,

                    Plaintiff

        v.

THE STANDARD FIRE INSURANCE
COMPANY, a foreign insurance company
d/b/a Travelers Insurance Company,

                    Defendant.

CASE NO. 2:23-cv-00691-TL

ORDER ON STIPULATED MOTION
TO CONTINUE DISCOVERY
DEADLINE

This matter is before the Court on the Parties' Stipulated Motion to Continue Discovery

Deadline by Thirty (30) Days. Dkt. No. 18. The only deadline that the Parties request to be

moved is the discovery deadline. *See id.* at 1, 4.

Accordingly, having reviewed the relevant record and finding good cause to modify the

scheduling order, *see* Fed. R. Civ. P. 16(b)(4), the Parties' motion is GRANTED. Discovery SHALL

now be completed **by May 4, 2024**. All other deadlines (Dkt. No. 11) SHALL remain operative.

Dated this 21st day of March 2024.

_____
Tana Lin
United States District Judge