UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROGER BURKE,<br><br>           Plaintiff,<br><br>   v.<br><br>THE STANDARD FIRE INSURANCE COMPANY, a foreign insurance company d/b/a Travelers Insurance Company,<br><br>           Defendant. | CASE NO. 2:23-cv-00691-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

Defendant's filing (Dkt. No. 30) is STRICKEN as improper. Once a response to a motion has been filed, the motion may be renoted only by stipulation of the Parties or court order. Local Civil Rule 7(l). Further, pursuant to Section III(A) of the Court's Standing Order for All Civil Cases, the Court will not decrease the amount of time between the dispositive motion deadline and the trial date unless the Parties set forth an extraordinary basis for doing so.

Dated this 26th day of April 2024.

Ravi Subramanian<br>
Clerk of the Court<br><br>
s/ Kadya Peter<br>
Deputy Clerk

MINUTE ORDER - 1