THE HONORABLE TANA LIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROGER BURKE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE STANDARD FIRE INSURANCE COMPANY D/B/A TRAVELERS INSURANCE COMPANY., a foreign insurance company,<br><br>　　　　　　　Defendant. | Case No. 2:23-cv-691-TN<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>NOTE ON MOTION CALENDAR: JUNE 5, 2024<br><br>NO ORAL ARGUMENT REQUESTED |

### I.　STIPULATION

COMES NOW, Plaintiff, Roger Burke and Defendant The Standard Fire Insurance Company hereby agree and stipulate that the current action should be dismissed with prejudice and without fees or costs to any party, as this matter has settled.

IT IS SO STIPULATED, THROUGH THE COUNSEL OF RECORD.

//
//
//
//
//
//

---

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL– 1
CAUSE NO.: 2:23-cv-691-TN

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1   /DATED this 5th day of June 2024.

2

3   **LETHER LAW GROUP**                     **GLP ATTORNEYS, P.S., INC.**

4   */s/ Eric Neal*                          */s/Johnathan Yousling*
    Eric Neal, WSBA #31863                   Jonathan Yousling, WSBA #44638
    Rikio Kaya WSBA #61444                   Scott Shawver, WSBA #24048
5   Kasie Kashimoto WSBA #54268              GLP Attorneys, P.S., Inc.
    1848 Westlake Avenue N., Suite 100       1854 S. Burlington Blvd.
6   Seattle, WA 98109                        Burlington, WA 98233
    P: (206) 467-5444/F: (206) 467-5544      P: (360) 424-1111/ F: (360) 588-4651
7   eneal@letherlaw.com                      jyousling@glpattorneys.com
    rkaya@letherlaw.com                      sshawver@glpattorneys.com
8   kkashimoto@letherlaw.com                 *Counsel for Plaintiff Roger Burke*
    *Counsel for Defendant The Standard*
9   *Fire Insurance Company*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL– 2
CAUSE NO.: 2:23-cv-691-TN

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## II. ORDER

Based on the foregoing Stipulation, it is hereby ORDERED:

1. That this action is hereby dismissed with prejudice;

2. This dismissal is effectuated without an award of fees or costs to any party.

Dated this 5th day of June, 2024.

_____
Tana Lin
United States District Judge

**Presented by:**

| LETHER LAW GROUP | GLP ATTORNEYS, P.S., INC. |
|---|---|
| */s/ Eric Neal* | */s/Jonathan Yousling* |
| Eric Neal, WSBA #31863 | Jonathan Yousling, WSBA #44638 |
| Rikio Kaya WSBA #61444 | Scott Shawver, WSBA #24048 |
| Kasie Kashimoto WSBA #54268 | GLP Attorneys, P.S., Inc. |
| 1848 Westlake Avenue N., Suite 100 | 1854 S. Burlington Blvd. |
| Seattle, WA 98109 | Burlington, WA 98233 |
| P: (206) 467-5444/F: (206) 467-5544 | P: (360) 424-1111/ F: (360) 588-4651 |
| eneal@letherlaw.com | jyousling@glpattorneys.com |
| rkaya@letherlaw.com | sshawver@glpattorneys.com |
| kkashimoto@letherlaw.com | *Counsel for Plaintiff Roger Burke* |
| *Counsel for Defendant The Standard Fire Insurance Company* | |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL– 3
CAUSE NO.: 2:23-cv-691-TN

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544